Nebraska Supreme Court Online Library
www.nebraska.gov/apps-courts-epub/
06/16/2017 01:12 AM CDT

NEBRASKA SUPREME COURT ADVANCE SHEETS
296 NEBRASKA REPORTS
STATE v. SCHIESSER
Cite as 296 Neb. 796

STATE OF NEBRASKA, APPELLEE, V.
MICHAEL R. SCHIESSER, APPELLANT.
___ N.W.2d ___

Filed June 2, 2017.    No. S-16-115.

Petition for further review from the Court of Appeals, INBODY, RIEDMANN, and BISHOP, Judges, on appeal thereto from the District Court for Lancaster County, LORI A. MARET, Judge. Judgment of Court of Appeals affirmed.

John S. Berry, of Berry Law Firm, for appellant.

Douglas J. Peterson, Attorney General, Melissa R. Vincent, and, on brief, George R. Love for appellee.

HEAVICAN, C.J., WRIGHT, MILLER-LERMAN, CASSEL, STACY, KELCH, and FUNKE, JJ.

PER CURIAM.
Having reviewed the briefs and record and having heard oral arguments, we conclude on further review that the decision of the Nebraska Court of Appeals in *State v. Schiesser*, 24 Neb. App. 407, 888 N.W.2d 736 (2016), is correct, and accordingly, we affirm the decision of the Court of Appeals which affirmed the judgment of the district court.

AFFIRMED.